CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 23, 2026**

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO. 25-44219-MXM-13**

**AUNDRAE DESHAWN HALL**
7428 GLEN HAVEN DR
FORT WORTH, TX 76133
SSN/TIN: XXX-XX-4129

**DEBTOR**

**ORDER DISMISSING CASE**

CAME ON for consideration Trustee's Motion to Dismiss. The Court FINDS that notice was appropriate under the circumstances. The Court is of the opinion that the Motion should be GRANTED based on:

the Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that the above-styled case is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Trustee shall disburse any funds on hand as provided by 11 U.S. C. 1326 (a) (2) and file a Trustee's Final Report; and

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED.

THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.

###END OF ORDER###